# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Judge Dkt. No. 20 MJ 6144__UA3 (Melvin Hilliard Only)

USAO No. 2020R00621

Date : September 15 2020

The Government respectfully requests the Court to dismiss without prejudice the __X__ Complaint _____ Removal Proceedings in

United States v. _____Melvin Hilliard  (dismissal is only as to Defendant Melvin Hilliard)_____

The Complaint/Rule 40 Affidavit was filed on   June 12  2020

X_____U.S. Marshals please withdraw warrant.

/s Peter J. Davis
ASSISTANT UNITED STATES ATTORNEY
Peter J. Davis
(Print name)

**SO ORDERED:**

_/s/ Katharine H. Parker_
UNITED STATES MAGISTRATE JUDGE

9/15/2020
DATE

Distribution:   White → Court      Yellow → U.S. Marshals      Green → Pretrial Services      Pink → AUSA Copy